DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWIN MATOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-3995

[March 18, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 02-015762 CF10A.

Edwin Matos, Arcadia, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed without prejudice to Defendant's right to seek return of 2001 Pontiac Firebird following resolution of pending post-conviction motions and/or pending appeals from rulings on past post-conviction motions. *See Sutherland v. State,* 860 So. 2d 505 (Fla. 4th DCA 2003).

STEVENSON, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***